

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00342-CV

Justin **WOLFF**,
Appellant

v.

Mandi **STORES**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21876
Honorable John D. Gabriel, Jr., Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, Appellee Mandi Stores's motion to dismiss is GRANTED, and the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against Appellant Justin Wolff.

Appellant Justin Wolff's motion to stay is DENIED.

Appellee Mandi Stores's motion for sanctions is DENIED.

It is so **ORDERED** on September 23, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court